CIVIL CITATION – CITCVWD

## THE STATE OF TEXAS

To: **Allstate Insurance Company**
**CT Corporation System**
**1999 Bryan Street, Suite 900**
**Dallas TX 75201-3136**

Defendant, **NOTICE:**
**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Said **ANSWER** may be filed with the District Clerk's Office, Orange County Courthouse, 801 W Division Ave, Orange Texas 77630.

Said        **PLAINTIFF'S ORIGINAL PETITION**

was filed and docketed in the Honorable 163rd District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Orange, Texas on August 9, 2019 in the following styled and numbered cause:

**Cause No: 190302-C**

**Barbara Spears VS. Allstate Insurance Company**

The name and address of the attorney for plaintiff otherwise the address of Plaintiff is:
**David Dies**
**1703 Strickland Dr**
**ORANGE TX 77630**
**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this August 9, 2019.



**VICKIE EDGERLY, District Clerk**
Orange County, Texas

*Vickie Edgerly*

### RETURN

Came to hand on the ____ day of _____, 20____, at ____ o'clock ____, M., and executed in _____ County, Texas, at ____ o'clock ____.M., on the ____ day of _____, 20___, by delivering, in accordance with the requirements of law, to the within named _____ In person, a true copy of this citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery.

And not executed as to the defendant _____
the diligence used to execute being _____
the cause of failure to execute is _____
the defendant may be found _____

TOTAL FEES: _____        BY: _____

**EXHIBIT C**

DO NOT COPY OR ALTER - This document contains security features.

| | |
|---|---|
| From: | Justin Rhodes |
| To: | "rherford@dieslaw.com" |
| Subject: | B190302-C Spears Service |
| Date: | Friday, August 9, 2019 2:42:00 PM |
| Attachments: | Allstate Insurance Company - Citation.pdf |
| Importance: | High |

Attached is your citation in the above referenced case. Please print 2 copies and attach the Original Petition to one before forwarding for service.

Please acknowledge receipt of this service for our records. If you have any questions please feel free to call.

Thank you,

*Justin Rhodes*

Justin Rhodes
Deputy Clerk
Orange County District Clerks Office
801 W. Division
(409) 882-7828
Jrhodes@co.orange.tx.us



State of Texas
County of Orange

I, VICKIE EDGERLY, Clerk of the District Court in and for Orange County, Texas do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same was filed and appears of record in my office.

Witness my official seal and signature of office in Orange, Texas, this the 27th day of August 2019.

VICKIE EDGERLY
Clerk of District Court
of Orange County, Texas
by _____
JUSTIN RHODES

DO NOT COPY OR ALTER - This document contains security features.

FILED: 8/9/2019 11:27 AM
Vickie Edgerly, District Clerk
Orange County, Texas
Reviewed By: Justin Rhodes




**Vickie Edgerly**
Orange County District Clerk
801 W. Division Ave.
Orange, Texas 77630-6364
Phone: (409) 882-7825
Fax: (409) 882-7083

Anne Reed
Chief Deputy - Civil

Brandee Avery
Chief Deputy - Criminal

# E-FILING REQUEST FOR PROCESS

All sections **must** be completed for processing this request

**Section 1:**
Cause No.: B190302-C    163rd    Date: August 9, 2019

Style of Case: Barbara Spears v. Allstate Insurance Company

**Section 2:**
Title of your Document / Name of Pleading to be attached for Service
Plaintiffs' Original Petition

**Section 3:**
Put the **NUMBER** of parties by the type of Service you're requesting below:

- __1__ Citation ($8.00 per party & per pleading)
- _____ Temporary Restraining Order ($8.00 per party)
- _____ Notice of Hearing/Notice to Show Cause/Order to Appear ($8.00 per party)
- _____ Application for Protective Order/Temporary (Ex Parte) Protective Order **
  - **Submit the **REQUIRED TCIC/NCIC** Form and List below the Law Enforcement Agency to be served on: _____
- _____ Precept to Serve ($8.00 per party)
- _____ Writ of _____ (8.00 per party)
- _____ Citation by Posting ($8.00 per party)
- _____ Citation by Publication ($8.00 per party)* Newspapers Name & Address: _____
- _____ Citation by Secretary of State ($16.00 per party)
- _____ Citation by Texas Highway Commission ($16.00 per party)
- _____ Civil Bond Approval ($4.00)
- _____ Other

**Section 4:**
Put a ✓ by Type of Delivery below:

- ✓ By E-Mail (Please provide E-Mail address, Contact Name and Phone Number below)
  rherford@dieslaw.com / Robbie Herford / 409/883-0892
- _____ Process Server
- _____ Out of County
- _____ Orange Co. Sheriff (add $75.00 per party & per piece of service)
- _____ Writ Served by Orange Co. Sheriff (add $125.00 per party)
- _____ Certified Mail-Return Receipt Requested (add $75.00 per party & per piece of service)  ☐ Restricted Delivery
- _____ Protective Order
- _____ Warrant or Capias (Civil $80.00)
- _____ Other: _____

** **Service NOT being returned by E-mail:**
  There will be a service copy charge of $1.00 per page, per pleading & per party, Please list below the total amount of copies and cost you will be paying.

  _____ **Copies for Service: Total Number of Pages, Per Party being served: _____, $_____

**DO NOT COPY OR ALTER - This document contains security features.**

**Section 5:**
**Parties to Be Served:** (Please Type or Print)

1. Name: Allstate Insurance Company / Registered Agent: CT Corporation System
   Address: 1999 Bryan Street, Suite 900
   City: Dallas  State: TX  Zip: 75201-3136
   Type of Service requested: Citation

2. Name: ___
   Address: ___
   City: ___ State: ___ Zip: ___
   Type of Service requested: ___

3. Name: ___
   Address: ___
   City: ___ State: ___ Zip: ___
   Type of Service requested: ___

4. Name: ___
   Address: ___
   City: ___ State: ___ Zip: ___
   Type of Service requested: ___

5. Name: ___
   Address: ___
   City: ___ State: ___ Zip: ___
   Type of Service requested: ___

6. Name: ___
   Address: ___
   City: ___ State: ___ Zip: ___
   Type of Service requested: ___

**Section 6:**
Attorney's Name: David Dies
Address: 1703 Strickland Drive
City: Orange  State: TX  Zip: 77630
Attorney's Telephone No.: 4069/883-0892  Attorney's Bar No.: 05850800
Attorney's E-Mail Address: rherford@dieslaw.com

DO NOT COPY OR ALTER - This document contains security features.



State of Texas
County of Orange

I, VICKIE EDGERLY, Clerk of the District Court in and for Orange County, Texas do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same was filed and appears of record in my office.

Witness my official seal and signature of office in Orange, Texas, this the 27th day of August 2019

VICKIE EDGERLY
Clerk of District Court
of Orange County, Texas
by /s/
JUSTIN RHODES

FILED: 8/9/2019 11:27 AM
Vickie Edgerly, District Clerk
Orange County, Texas
Reviewed By: Justin Rhodes

Cause No. B190302-C

| | | |
|---|---|---|
| BARBARA SPEARS | § § § | IN THE JUDICIAL DISTRICT |
| VS. | § § | ORANGE COUNTY, TEXAS |
| ALLSTATE INSURANCE COMPANY | § | 163rd DISTRICT COURT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BARBARA SPEARS, hereinafter referred to as Plaintiff, and complains of ALLSTATE INSURANCE COMPANY, hereinafter referred to as Defendant, and as grounds would show unto the court the following:

### I.

Plaintiff intends that discovery be conducted under Level III, Texas Rule of Civil Procedure 190.4.

### II.

Plaintiff, BARBARA SPEARS is the owner of the residential property made the subject of this suit, which is situated in Orange County, Texas.

Defendant, ALLSTATE INDEMNITY COMPANY, is a corporation doing business in the venue and jurisdiction of this Court, who may be served by serving its registered agent/attorney for service: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136.

DO NOT COPY OR ALTER - This document contains security features.

III.

The Court has jurisdiction over Defendant, ALLSTATE INSURANCE COMPANY because Defendant is a company doing business in the State of Texas and has purposefully established minimum contacts with the State of Texas. The court has jurisdiction over the controversy because the damages are within the jurisdictional limits of the court.

IV.

Venue is proper in Orange County, Texas because the events made the basis of this suit took place in Orange County, Texas and the property made the subject of this claim is located in Orange County, Texas.

V.

This lawsuit is brought against Defendant insurance carrier for recovery of costs of repair to Plaintiff's residence caused by Hurricane Harvey. ALLSTATE INSURANCE COMPANY, Defendant, sold a policy of homeowner's insurance to Plaintiff and contracted to indemnify Plaintiff for all losses caused by windstorm and flood. On or about August 29, 2017, Hurricane Harvey caused extensive damages to Plaintiff's residence located at 7842 Patricia Lane, Orange County, Texas. Such costs of repair are estimated to be $154,112.38. Plaintiff made proper claim for all costs of repair as required under the policy and allowed Defendant insurance company representatives and adjusters access to the property for thorough inspection and appraisal. To date, Defendant ALLSTATE INSURANCE COMPANY, its agents, servants, employees and representatives

DO NOT COPY OR ALTER - This document contains security features.

have failed to indemnify and compensate Plaintiff for her costs of repair.

## VI.

Plaintiff brings this suit pursuant to Articles 541 and 542, et seq. of the Texas Insurance Code for all costs of repair and damages to their residence caused by Hurricane Harvey. The evidence will likely show:

1) Defendant and its representatives knowingly misrepresented to claimants pertinent facts or policy provisions relating to the coverage at issue;

2) Defendant and its representatives failed to acknowledge with reasonable promptness pertinent communications relating to the claim;

3) Defendant and its representatives failed to adopt and implement reasonable standards for the prompt investigation of the claim;

4) Defendant and its representatives failed to attempt in good faith, a prompt, fair and equitable settlement of the claim submitted in which liability has become clear;

5) Defendant and its representatives have compelled claimants to institute suit by offering substantially less than the amounts Plaintiffs will likely recover in suit;

6) Defendant and its representatives have negligently or intentionally refused to pay the proper amount due under the policy.

DO NOT COPY OR ALTER - This document contains security features.

The foregoing acts and omissions were a proximate cause of Plaintiff's damages.

## VII.
## DAMAGES

Plaintiff would show that the reasonable and necessary costs of repair caused by Hurricane Harvey are $154,112.38 for which suit is brought. Plaintiff further alleges that additional cost of repairs will likely be found as construction proceeds on the residence.

## VIII.
## EXPENSES

Plaintiff brings this lawsuit for recovery of all costs of expenses related to the lawsuit and for all statutory penalties, interest and punitive damages allowed by law.

## IX.
## PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiffs pray that Defendant be cited to appear and answer herein and that upon final hearing, Plaintiff has judgment over and against the Defendant, judgment for all damages and injuries alleged herein which are in excess of the minimum jurisdictional limits of this Court, and further that Plaintiffs have over and against all named Defendant herein such judgment together with punitive damages, prejudgment interest, post-judgment interest at the legal rate of interest, attorney's fees that are reasonable and necessary that are allowed by law, costs of Court, all other

damages as allowed by law and for such other and further relief, both general and specific, in law and in equity, for which Plaintiffs may show themselves justly entitled.

PLAINTIFF RESPECTFULLY REQUESTS A TRIAL BY JURY.

Respectfully submitted,

DIES LAW OFFICES

DAVID DIES
State Bar #05850800
1703 Strickland Drive
Orange, Texas 77630
rherford@dieslaw.com
(409) 883-0892
(409) 670-0888 - Facsimile

ATTORNEYS FOR PLAINTIFFS

State of Texas
County of Orange

I, VICKIE EDGERLY, Clerk of the District Court in and for Orange County, Texas do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same was filed and appears of record in my office.

Witness my official seal and signature of office in Orange, Texas, this the 27th day of August 2019.

VICKIE EDGERLY
Clerk of District Court
of Orange County, Texas
by
JUSTIN RHODES

DO NOT COPY OR ALTER - This document contains security features.

Print this page

# Case # B190302-C - Barbara Spears Vs. Allstate Insurance Company (163rd Judge Dennis Powell)

**Case Information**

| | |
|---|---|
| Location | Orange County - District Clerk |
| Date Filed | 8/9/2019 11:27 AM |
| Case Number | B190302-C |
| Case Description | Barbara Spears Vs. Allstate Insurance Company |
| Assigned to Judge | 163rd Judge Dennis Powell |
| Attorney | David Dies |
| Firm Name | Dies & Parkhurst LLP |
| Filed By | David Dies |
| Filer Type | Not Applicable |
| Damages Sought | Over $100,000 but not more than $200,000 |

**Fees**

| | |
|---|---|
| Convenience Fee | $8.96 |
| Total Court Case Fees | $262.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $48.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Total Taxes (for non-court fees) | $0.00 |
| Grand Total | $318.96 |

**Payment**

| | |
|---|---|
| Account Name | David Dies |
| Transaction Amount | $318.96 |
| Transaction Response | Approved |
| Transaction ID | 53554372 |
| Order # | 035835942-0 |

**Petition**

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Petition |
| Filing Description | PLAINTIFF'S ORIGINAL PETITION |
| Reference Number | BARBARA SPEARS |

| | |
|---|---|
| Comments | |
| Status | Accepted |
| Accepted Date | 8/9/2019 11:45 AM |
| Accept Comments | Thank you, Justin |
| **Fees** | |
| Court Fee | $48.00 |
| Service Fee | $0.00 |
| | |
| Optional Services | |
| Issue Citation | $8.00 |
| Jury Fee | $40.00 |
| **Documents** | |
| Lead Document | Original Petition - Barbara Spears.pdf [Original] [Transmitted] |

---

**Petition**

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Petition |
| Filing Description | REQUEST FOR PROCESS |
| Reference Number | BARBARA SPEARS |
| Comments | |
| Status | Accepted |
| Accepted Date | 8/9/2019 11:45 AM |
| **Fees** | |
| Court Fee | $0.00 |
| Service Fee | $0.00 |
| **Documents** | |
| Lead Document | Request for Process - Barbara Spears.pdf [Original] [Transmitted] |



State of Texas
County of Orange

I, VICKIE EDGERLY, Clerk of the District Court in and for Orange County, Texas do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same was filed and appears of record in my office.
Witness my official seal and signature of office in Orange, Texas, this the 27th day of Aug 2019.

VICKIE EDGERLY
Clerk of District Court
of Orange County, Texas
by
JUSTIN RHODES

DO NOT COPY OR ALTER - This document contains security features.

# Orange County District Court

801 W Division. Orange, 77630 TX. Phone: (409)882-7825 EXT

## CASE HISTORY FOR CASE 190302-C

Barbara Spears VS. Allstate Insurance Company

| FILED DATE: 8/9/2019 | CASE TYPE: C/CONTRACT - OTHER | STATUS: JURY DEMAND |
|---|---|---|
| | JUDGE: 163rd District Court | |

### CASE PARTIES:

| | | |
|---|---|---|
| | Plaintiff | Spears, Barbara |
| | Plaintiff Attorney | Dies, David |
| | Defendant | Allstate Insurance Company |

### CASE HISTORY FOR CASE 190302-C

**Spears, Barbara**

| | | |
|---|---|---|
| Current Age: Unknown | DL#: | DOB: Unknown |
| | | SSN: 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 |
| Total Paid: $ 310.00 | | Balance Due: $ 0.00 |

| COST | AMOUNT | PAY PRIORITY |
|---|---|---|
| **Action: PLAINTIFF'S ORIGINAL PETITION** | | |
| COMP PUB ACCT CV (DC) $50.00 | $50.00 | 20 |
| DISTRICT CLK'S FEE-CASE $50.00 | 50.00 | 50 |
| ORANGE CO SHERIFF -CASE $5.00 | 5.00 | 50 |
| LAW LIBRARY FEES $20.00 | 20.00 | 50 |
| STENOGRAPHIC FEES $15.00 | 15.00 | 50 |
| COURTHOUSE SEC FUND $5.00 | 5.00 | 50 |
| REC MGMT PRES $5. GC 51.317 (c)(2) | 5.00 | 50 |
| REC MGMT PRES FUND(CL-R) GC 51.317(c)(1 | 5.00 | 40 |
| JUDICIARY FEE | 42.00 | 30 |
| STATE:IND LGL(C)LGC 133.152 (a)(1) | 10.00 | 30 |
| APPELLATE JUD SUPPORT FEE | 5.00 | 30 |
| DC DIGITIZE CT. R. GC 51.708 | 10.00 | 40 |
| DC ARCHIVE 51.305 (b) | 10.00 | 40 |
| STATE E-FILING (C) $30 GC 51.851 (b) | 30.00 | 20 |
| **Action: JURY DEMAND + (No image)** | | |
| JURY FEE | 40.00 | 50 |
| **Action: CITATION REQUESTED (PROCESS SERVER)** | | |
| DISTRICT CLERK FEES : GENERAL | 8.00 | 50 |
| **Total:** | **$310.00** | |

| DATE | TIME | DESCRIPTION |
|---|---|---|
| 08/14/2019 | 9:26 am | Received payment of $310.00 from David Dies (EFILE) for Barbara Spears. Printed receipt #524869. Spears, Barbara |
| 08/09/2019 | 2:43 pm | Filing recorded: CITATION/S ISSUED + Electronically Allstate Insurance Company |
| 08/09/2019 | 2:43 pm | JUSTINRH recorded the following Case Action Note: E-mailed to: rherford@dieslaw.com Allstate Insurance Company |
| 08/09/2019 | 2:42 pm | Filing recorded: CITATION REQUESTED (PROCESS SERVER) Spears, Barbara |
| 08/09/2019 | 2:42 pm | Filing recorded: REQ FOR PROCESS FORM Spears, Barbara |
| 08/09/2019 | 2:42 pm | Filing recorded: JURY DEMAND + (No image) Spears, Barbara |

| | |
|---|---|
| Print Date: 08/27/2019 | |
| Print Time: 9:25:56AM | |
| Requested By: JUSTINRH | File: U:\Reports\CaseHistoryCivil.RPT | Page 1 of 2 |

CASE HISTORY FOR CASE 190302-C

| | | | |
|---|---|---|---|
| 08/09/2019 | 2:42 pm | JUSTINRH recorded the following Case Action Note: Scanned to OP.<br>Spears, Barbara | |
| 08/09/2019 | 2:42 pm | Filing recorded: PLAINTIFF'S ORIGINAL PETITION<br>Spears, Barbara | |
| 08/09/2019 | 2:42 pm | Filing recorded: E-FILE RECEIPT<br>Spears, Barbara | |





State of Texas
County of Orange

I, VICKIE EDGERLY, Clerk of the District Court in and for Orange County, Texas do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same was filed and appears of record in my office.

Witness my official seal and signature of office in Orange, Texas, this the 27th day of August 2019.

VICKIE EDGERLY
Clerk of District Court
of Orange County, Texas
by _____
JUSTIN RHODES

Print Date: 08/27/2019
Print Time: 9:25:56AM
Requested By: JUSTINRH

File: U:\Reports\CaseHistoryCivil.RPT

Page 2 of 2